**Order entered August 28, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00276-CV

## JALIA STEPHENS, INDIVIDUALLY AND AS GUARDIAN OF B.S. AND S.S., MINORS, Appellant

## V.

## ROBERTO LICEA, Appellee

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-02564**

### ORDER

Before the Court is appellant's August 27, 2020 fourth motion for an extension of time to file her brief on the merits.[1]  As a need for a fourth extension, appellant, a California resident, states that she has had to evacuate due to the fires in California.  We **GRANT** appellant's motion and extend the time to **September 28, 2020**.  We expressly caution appellant that failure to file her brief on or before

---

[1] Appellant incorrectly states in her motion that this is her first extension request.

September 28, 2020 may result in dismissal of the appeal for want of prosecution.

*See* TEX. R. APP. P. 38.8(a)(1).

/s/    KEN MOLBERG
JUSTICE